```
IN THE UNITED STATES DISTRICT COURT
 FOR THE SOUTHERN DISTRICT OF ALABAMA
           SOUTHERN DIVISION
```

DEBORAH WOOD MORTON,            :
                                :
    Plaintiff,                  :
                                :
vs.                             :
                                :   CIVIL ACTION 13-0090-M
CAROLYN W. COLVIN,              :
Commission of Social Security,  :
                                :
    Defendant.                  :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Deborah Wood Morton.

DONE this 1st day of November, 2013.


                                    s/BERT W. MILLING, JR.
                                    UNITED STATES MAGISTRATE JUDGE